# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 06, 2021

Mr. Deonne Dotson
F.P.C. Duluth
P.O. Box 1000
Duluth, MN 55814

Mr. Sheldon Halpern
Sheldon Halpern
26339 Woodward Avenue
Huntington Woods, MI 48070

                    Re: Case No. 21-2826, *USA v. Deonne Dotson*
                          Originating Case No. 2:17-cr-20830-1

Dear Mr. Dotson and Counsel,

  The Court issued the enclosed Order today in this case.

                                                       Sincerely,

                                                       s/Jennifer A. Strobel
                                                     Case Manager
                                                     Direct Dial No. 513-564-7019

cc: Ms. Sarah Resnick Cohen
     Ms. Kinikia D. Essix
     Mr. Craig A. Weier

Enclosure

No. 21-2826

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Oct 06, 2021
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff-Appellee, )<br>)<br>v. )<br>)<br>DEONNE DOTSON, )<br>)<br>   Defendant-Appellant. ) | O R D E R |

    The defendant, Deonne Dotson, appeals the district court's judgment in his criminal case after being found guilty of extortion. Retained counsel, Attorney Sheldon Halpern, represented the defendant in the district court proceedings. Consistent with this court's practices, counsel's representation was continued on appeal. 6th Cir. R. 12(c)(1). Attorney Halpern now moves to withdraw citing the economic hardship of continued representation on appeal. The motion indicates counsel provided the necessary forms for the defendant to seek pauper status, but that the defendant has not completed and filed the documents.

    Upon consideration, counsel's motion to withdraw is **GRANTED**. Attorney Halpern is relieved from further responsibility on appeal. The clerk will communicate directly with the defendant regarding completing the filing process for seeking pauper status in the district court.

                                        ENTERED PURSUANT TO RULE 45(a)
                                        RULES OF THE SIXTH CIRCUIT

                                        Deborah S. Hunt, Clerk